```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYMBERLY A. SMITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  916-554-2771
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    No. 2:04-cr-0357 MCE
                                 )
12          Plaintiff,           )    MOTION AND ORDER
                                 )    DISMISSING INDICTMENT
13     v.                        )
                                 )
14  LOUIS RUSSO,                 )
                                 )
15          Defendant.           )
    _____)
16
```

The United States of America, by and through its undersigned attorney, Kymberly A. Smith, Assistant United States Attorney of the Eastern District of California, respectfully requests the Court to dismiss, without prejudice, the above-captioned indictment on LOUIS RUSSO.  This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 17, 2006                McGREGOR W. SCOTT
                                       United States Attorney

                                       By: /s/ Kymberly A. Smith
                                       KYMBERLY A. SMITH
                                       Assistant U.S. Attorney

///

///

1

O R D E R

   IT IS HEREBY ORDERED THAT the above-captioned Indictment against LOUIS RUSSO, be and the same hereby is DISMISSED without prejudice.

DATED: January 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE